SWEPSON B. W. STEVENS AND VICTORIA STEPHENS, HIS WIFE, APPELLANTS, VS. B. DuPRE HODGE, SHERIFF AND EX-OFFICIO ADMINISTRATOR OF THE ESTATE OF MARY E. HALE, DECEASED, APPELLEE.

Appeal from Circuit Court, Marion county.

*John G. Reardon,* for Appellants.

*S. Y. Finley* and *Horatio Davis,* for Appellee.

This action was brought by the appellee's intestate against the appellants. There was judgment for the plaintiff, and the defendants appeal. The judgment is affirmed.

Decision Per Curiam.